THE CONNECTICUT SOCIETY OF ARCHITECTS, INC. *v.*
BANK BUILDING AND EQUIPMENT CORPORATION
OF AMERICA

The petition by J. Read Murphy for leave to file a brief as amicus curiae is granted.

Submitted November 6—decided November 6, 1962

ELM BUICK COMPANY, INC. *v.* GEORGE MOORE

The petition by the plaintiff for certification for appeal from the Appellate Division of the Circuit Court is granted.

*Morris W. Mendlesohn,* in support of the petition.

*Stephen I. Traub,* in opposition.

Submitted October 29—decided November 20, 1962

W. H. McCUNE, INC. *v.* ISADORE REVZON

The petition by the plaintiff for certification for appeal from the Appellate Division of the Circuit Court is granted.

*Anthony J. Monterosso,* in support of the petition.

*Monroe S. Gordon,* in opposition.

Submitted October 26—decided November 20, 1962

STATE OF CONNECTICUT *v.* ALVIN L. TRUMBULL

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Edward R. Doyle,* in support of the petition.

*James A. Varrone,* in opposition.

Submitted November 9—decided November 20, 1962